# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| JONATHAN P. GRAHAM )<br>　　　　Plaintiff, )<br> )<br>v. )<br> )<br> )<br>SECRETARY OF THE ARMY )<br>　　　　Defendant. ) | **JUDGMENT**<br><br>No. 5:17-CV-502-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 2, 2019, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED.

**This Judgment Filed and Entered on May 2, 2019, and Copies To:**
Jonathan P. Graham (via US mail) 5405 Cazelet Court, Garner, NC 27529
Joshua B. Royster / Matthew Lee Fesak / Roberto F. Ramirez(via CM/ECF Notice of Electronic Filing)


May 2, 2019　　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　 /s/ Sandra K. Collins
　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk